**Anne K. GOSSMANN, Transferee of Model Farms Dairy, Appellant, v. Seldon R. GLENN, Collector of Internal Revenue, Appellee.**

### No. 11268.

United States Court of Appeals
Sixth Circuit.
Oct. 11, 1951.

Skaggs, Hays & Fahey, Louisville, Ky., Wm. Mac Kenzie, Jr., Louisville, Ky., of counsel, for appellant.

Theron L. Caudle, Charles Oliphant, Ellis N. Slack, Washington, D. C., David Walls, and Charles F. Wood, all of Louisville, Ky., Henry L. Spencer, Washington, D. C., Dee Hanson, Washington, D. C., for appellee.

Before ALLEN, MARTIN and McALLISTER, Circuit Judges.

## PER CURIAM.

This appeal from the dismissal by the District Court of the taxpayer's complaint, asserting a claim for refund of taxes based on the disallowance of a claimed deduction as an alleged ordinary and necessary business expense, came on to be heard; and the transcript of record and the oral arguments and briefs of the attorneys for the contending parties have been duly considered;

And it appearing that the findings of fact of the District Court are supported by substantial evidence and are not clearly erroneous, and that the court's conclusions of law are based upon sound and correct legal principles;

It is ordered that the judgment of the District Court be affirmed. 91 F.Supp. 1005.

**Harry GREGORY et al., Appellants, v. LOUISVILLE & NASHVILLE RAILROAD Company, Appellee.**

### No. 11356.

United States Court of Appeals
Sixth Circuit.
Oct. 17, 1951.

David C. Walls, Matthew O. Henchey, Louisville, Ky., Harry M. Leet, Washington, D. C., for appellants.

C. S. Landrum, Lexington, Ky., J. P. Hamilton, H. T. Lively, Robert E. Hogan, all of Louisville, Ky., Richard R. Lyman, Toledo, Ohio, for appellees.

Before ALLEN, McALLISTER and MILLER, Circuit Judges.

## PER CURIAM.

This appeal was heard upon the record, briefs and arguments of counsel;

And it appearing that the Findings of Fact by the District Judge are in accordance with the stipulation of the parties herein, and that his Conclusions of Law correctly apply the legal principles applicable thereto;

It is ordered that, for the reasons given by the District Judge in said Conclusions of Law and upon the authority of Aeronautical Lodge v. Campbell, 337 U.S. 521, 69 S.Ct. 1287, 93 L.Ed. 513, and Raulins v. Memphis Union Station Co., 6 Cir., 168 F.2d 466, the judgment of the District Court, herein appealed from, is affirmed. 92 F.Supp. 770.